PER CURIAM.

(No. 75-CC-862— )

CURTIN MATHESON SCIENTIFIC INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed April 9, 1975.*

CURTIN MATHESON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.